O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JACOB CRAWFORD AND KAY CRAWFORD,

            Plaintiff,

   v.

BANK OF AMERICA, et al.

           Defendants.
_____

Case No. EDCV 12-00319 VAP (OPx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Bank of America, and Mortgage Electronic Registration Systems be DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>April 12, 2012</u>

                                  VIRGINIA A. PHILLIPS
                    United States District Judge